MaNly, J.
 

 Relief in this case is barred by the statute of limitations, and we deem it unnecessary, therefore, to consider or discuss the merits of the complaint.
 

 The complaint is based upon a false warranty, contained in a bill of sale for slaves between the parties, not under seal, entered into 28th July, 1854. Its falsity was discovered within seven weeks from the date of the instrument. And this bill, to enjoin the collection of the purchase-money, and for relief, was filed the 16th of January, 1858.
 

 It is too late. A court of equity is governed by the statutes of limitations and presumptions in the same way that a court of law is. An action of assumpsit, or on the case in tort, upon this warranty, was barred in three years from the date of the bill of sale. So, we hold a bill in equity for relief, based upon it, is barred by that lapse of time, in analogy to the statute.
 

 The bill must be dismissed at the costs of the complainant.
 

 Pee CueiaMj Bill dismissed.